IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. MOORE, | No. C 11-3057 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| DR. DAVID STEVIG; FRED VERNACCHIA; DR. MOON; DR. CHOKATOS, | (Docket No. 2) |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the Pleasant Valley State Prison, which is located in Fresno County. Plaintiff names four doctors as defendants, one at Pleasant Valley, one at the California State Prison, Corcoran in Kings County, and two at the California Men's Colony in San Luis Obispo County. The allegedly inadequate medical care that gives rise to plaintiff's claims is alleged to have taken place at these three institutions. Pleasant Valley and Corcoran are located within the venue of the United States District Court for the Eastern District of California, and the California Men's Colony is located within the venue of the United States District Court for the Central District of California. Venue for this case is therefore proper in either the Central or Eastern Districts, but not this district. *See* 28 U.S.C. 1391. As plaintiff is also located at Pleasant Valley, in the Eastern District, in interests of justice this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). In light of this transfer, ruling on plaintiff's application for leave to proceed in form pauperis (docket number

United States District Court
For the Northern District of California

1  2) is deferred to the Eastern District.

2  The clerk shall transfer this matter forthwith.

3  **IT IS SO ORDERED.**

4  Dated: June __30__, 2011.

5  WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

26  G:\PRO-SE\WHA\CR.11\MOORE3057.TRN.wpd

2